# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



**James L. Corpening, Jr.**
**Chief U.S. Probation Officer**

201 South Evans Street, Room 214
Greenville, NC 27858-1121
252-830-2345
Fax: 252-758-8570

**DATE:**   July 11, 2017

**FROM:**   Melissa K. Gonigam
U.S. Probation Officer

**SUBJECT:**   **COMBS, Tommy Daniel**
**Case No.: 4:10-CR-23-1BO**
<u>**Request for Early Termination**</u>

**TO:**   Terrence W. Boyle
U.S. District Judge

On February 15, 2011, pursuant to a guilty plea to Conspiracy to Distribute and Possess With the Intent to Distribute 5 Kilograms or More of Cocaine, Tommy Daniel Combs appeared in United States District Court for Eastern District of North Carolina, and was sentenced to 50 months imprisonment to be followed by 5 years of supervised release.

The defendant was released from custody on December 2, 2013, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since July 2016. His supervised release is set to expire on December 1, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they have no objection. Please indicate the court's preference by marking the appropriate selection below.

---

☑   I agree with the recommendation and have signed the enclosed Order.
☐   I disagree with the recommendation. I will reconsider in one year.
☐   I disagree with the recommendation. The defendant must serve the entire term of
supervision.

_____        **7-14-17**
Terrence W. Boyle                                Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

**Crim. No. 4:10-CR-23-1BO**

TOMMY DANIEL COMBS

On December 2, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Melissa K. Gonigam
Melissa K. Gonigam
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: (252) 830-2345
Executed On: July 11, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___14___ day of ___July___, 2017.

Terrence W. Boyle
U.S. District Judge